MULLEN, Respondent, v. MULLEN, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Suit by Mary C. K. Mullen against Thomas F. Mullen. From a decree in favor of complainant, defendant appeals. Modified. E. L. Prentiss, for appellant. E. L. Mooney, for respondent.

PER CURIAM. The evidence in this case authorized the judgment granting the plaintiff a limited divorce, but was insufficient to sustain the large sum allowed by the court to the plaintiff for permanent alimony. The judgment should be modified, by reducing the alimony to $600 a year, and, as thus modified, affirmed, with costs.

MUNSON, Appellant, v. MUNSON, Respondent. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Erastus H. Munson against Cornelia A. Munson. E. K. Brown, for respondent. S. G. Derrickson, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

MURPHY, Appellant, v. SYRACUSE RAPID-TRANSIT RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Martha E. Murphy against the Syracuse Rapid-Transit Railway Company. No opinion. Judgment and order affirmed, with costs.

MUTUAL BANK, Respondent, v. BEGGS et al., Appellants. (City Court of New York, General Term. December 13, 1900.) Action by the Mutual Bank against Robert and Mary A. Beggs. From a judgment for plaintiff, defendants appeal. Affirmed. Isaac N. Miller, for appellants. McCrea, Sommerville & Taylor, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

MYERS et al., Appellants, v. LOVELL et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Frank W. Myers and others against Frank F. Lovell and others. No opinion. Judgment affirmed, with costs.

In re NICOLL. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) In the matter of the application of William Nicoll to alter a public highway in the town of Delhi, and to lay out a public highway in the town of Delhi, Delaware county. No opinion. Order affirmed, with $10 costs and disbursements.

O'DONNELL, Respondent, v. ALBRO, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1900.) Action by John O'Donnell against Ezra J. Albro. No opinion. Judgment affirmed, with costs.

In re OGDEN'S ESTATE. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) In the matter of the legacy and inheritance tax on the estate of James Ogden, deceased. No opinion. Order of the surrogate affirmed, with $10 costs and disbursements.

OLD FORGE CO. et al., v. HUNTINGTON et al. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by the Old Forge Company and others against Collis P. Huntington, impleaded, etc. No opinion. Motion to amend summons and complaint, by striking out the name of the defendant Collis P. Huntington, granted, without costs.

OLD FORGE CO. et al., Appellants, v. WEBB et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by the Old Forge Company and others against William Seward Webb and others.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless within 20 days the appellants' counsel prints in the record, or furnishes for each member of the court and serves upon respondents' counsel, certified typewritten copies of the various papers and documents referred to in the complaint as being a part thereof, and which were not annexed to the complaint and served therewith, in which event the motion is denied, without costs.

ONONDAGA NATION et al., Appellants, v. THACHER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by the Onondaga Nation and others against John Boyd Thacher. No opinion. Motion to vacate order denied, without costs.

O'REILLY, Respondent, v. STEPHENS, Appellant. (Supreme Court, Appellate Term. November 27, 1900.) Action by Marie F. O'Reilly against Olin J. Stephens. From a judgment for plaintiff, defendant appeals. Affirmed. Arthur Knox, for appellant. Maurice Mayer, for respondent.

PER CURIAM. We do not think that the circumstances adverted to by the defendant's counsel respecting the conduct of the trial justify the criticism made by him. They certainly cannot be said to have operated to the prejudice of his client, in view of the fact that the plaintiff's evidence respecting the defendant's liability is absolutely without contradiction. Judgment affirmed, with costs.

OSTHOFF, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by Richard H. L. Osthoff against the Third Avenue Railroad Company. C. F. Brown, for appellant. F. Pierce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.